# IN THE SUPREME COURT
## STATE OF NORTH DAKOTA

### 2025 ND 85

James R. Lowe,                                                    Appellant

v.

Workforce Safety and Insurance,                                  Appellee

### No. 20250014

Appeal from the District Court of McKenzie County, Northwest Judicial District, the Honorable Robin A. Schmidt, Judge.

AFFIRMED.

Per Curiam.

James R. Lowe, Newark, TX, appellant; submitted on brief.

Jacqueline S. Anderson, Special Assistant Attorney General, Fargo, ND; submitted on brief.

**Lowe v. WSI**
No. 20250014

**Per Curiam.**

[¶1] James Lowe appeals from a district court judgment affirming an administrative law judge's ("ALJ") decision that affirmed a North Dakota Workforce Safety and Insurance ("WSI") order denying Lowe continued workers' compensation benefits. Lowe argues WSI is responsible for continued workers' compensation benefits for a back injury he incurred while working in North Dakota in November 2014. The ALJ denied the requested continued benefits after considering three medical opinions regarding Lowe's injury. "In reviewing an ALJ's findings of fact, a court may not make independent findings of fact or substitute its judgment for the ALJ's findings; rather, the court must decide only whether a reasoning mind reasonably could have determined the findings were proven by the weight of the evidence from the entire record." *State by & through Workforce Safety & Ins. v. Badger Roustabouts, LLC*, 2021 ND 166, ¶ 8, 964 N.W.2d 514. We summarily affirm under N.D.R.App.P. 35.1(a)(5), concluding the ALJ's findings of fact are supported by a preponderance of the evidence and its conclusions of law are supported by its findings of fact.

[¶2]   Jon J. Jensen, C.J.
       Daniel J. Crothers
       Lisa Fair McEvers
       Jerod E. Tufte
       Douglas A. Bahr

1